

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

BENJAMIN D. BOWERS

Case No. 2:18mj531
Court Date: December 7, 2018

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor)-Violation Notice No. 7254810

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 1, 2018, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, BENJAMIN D. BOWERS, did unlawfully drive and operate a motor vehicle while under the influence of alcohol and while having a blood alcohol concentration of at least .08 grams per 210 liters of breath but less than .15 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .11 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

#### COUNT TWO
(Misdemeanor)- Violation Notice No. 7254811

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 1, 2018, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, BENJAMIN D. BOWERS, did willfully violate a defense property security regulation: Commander, Navy Region Mid-Atlantic Instruction 5820.2,

to wit: Transporting and introducing a weapon onboard an installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Commander, Navy Region Mid-Atlantic Instruction 5820.2).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

4 December 2018
Date